No. 284. THE PEOPLE *v.* MÁRQUEZ.—Appeal from the District Court of San Juan. Decided December 15, 1910. Judgment affirmed. *Mr. Domingo Massari* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 279. THE PEOPLE *v.* RIVERA.—Appeal from the District Court of San Juan. Decided December 16, 1910. Judgment affirmed. *Mr. José de J. Tizol* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 649. SABATER *v.* CARTAGENA.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided December 21, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Domingo Sepúlveda* for petitioner.

---

No. —. ESTATE OF IGRAVIDES ET AL. *v.* ESTATE OF GALLART ET AL.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss the appeal. Decided December 22, 1910. Motion denied with the remark, as to the failure to serve notice on the defendant in default—Estate of José Gallart— that sufficient basis does not exist for the conclusion that the defendant is really the "adverse party" referred to in section 296 of the Code of Civil Procedure, who may be affected by the reversal of the judgment—a conclusion which must first be reached in order to decide whether it was necessary that notice of the appeal should be served on him. *Messrs. Antonio Alvarez Nava* and *José Hernández Usera* for petitioner. *Mr. Rafael López Landrón* for respondent.